# United States Court of Appeals
## For the First Circuit

No. 18-2147

UNITED STATES OF AMERICA,

Appellee,

v.

JAMIE L. MELO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on March 27, 2020, is amended as follows:

On page 13, line 17, the phrase " the agents testified to contrary" should read "the agents testified to the contrary"